

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2017

No. 04-17-00358-CR

Cristian **YEPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRN001641-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Court reporter Ana Alcantar has filed a notification of late reporter's record, requesting an extension to August 30, 2017. We GRANT her request and ORDER her to file the reporter's record on or before August 30, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk